UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAMES GILBERT,
Plaintiff,

Case No. 1:15-cv-260
Litkovitz, MJ

vs.

LOWE'S HOME CENTERS, LLC,
Defendant.

**ORDER**

This case has been successfully mediated and settled in the Court's presence.

It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within 60 days, move to reopen the action if settlement is not consummated. In accordance with the Fair Labor Standards Act, the parties shall also submit a joint motion to approve the terms of the settlement agreement within 60 days of the date of this Order.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED**.

Date: 9/16/15

Karen L. Litkovitz
United States Magistrate Judge